SCIDMORE *against* SMITH.

An action on the case lies for seducing and harbouring the servant or slave of the plaintiff, notwithstanding the penalty given by the "act concerning slaves and servants," (2 *N. R. L.* 206.) which is a cumulative remedy.

IN ERROR, on *certiorari* to a justice's court.

Smith, the defendant in error, brought an action of *trespass* (as was stated in the return) in the court below, against the plaintiff in error, to recover damages for seducing and harbouring his man servant. It was objected that the action should have been *debt*, under the 15th section of the "act concerning slaves and servants," (2 *N. R. L.* 206.,) but the exception was overruled, and judgment was given for the defendant in error.

*Per Curiam.* The statute penalty for harbouring slaves or servants is cumulative, and does not destroy the common law remedy.

Judgment affirmed.(a)

(a) *Almy* v. *Harris,* 5 *Johns. Rep.* 175. *Farmer's Turnpike Company* v. *Coventry,* 10 *Johns. Rep.* 389.